NUMBER 13-07-00630-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________ _


THE STATE OF TEXAS, APPELLANT,


v.



E.B.U., APPELLEE.

_______________________________________________________


On Appeal from the 167th District Court 


of Travis County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant, the State of Texas, by and through John Bradley, the District Attorney of
Williamson County, perfected an appeal from a judgment entered by the 167th District
Court of Travis County, Texas, in cause number D-1-EX-07-000466. Appellant has now
filed a motion to dismiss its appeal. 

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion is granted, and the appeal is hereby DISMISSED. The
costs are taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of the
parties, the court will tax costs against the appellant."). 

 Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM


Memorandum Opinion delivered 

and filed this the 17th day of January, 2008.